04cv12272 PBS

REOPEN REMAND
JFF

U.S. District Court
USDC for the Eastern District of Arkansas (Pine Bluff)

CIVIL DOCKET FOR CASE #: 04-CV-248

Hope, et al v. Pfizer Inc, et al                          Filed: 07/01/04
Assigned to: Judge William R. Wilson     Jury demand: Plaintiff
Demand: $0,000                                         Nature of Suit: 360
Lead Docket: None                                    Jurisdiction: Federal Question
Dkt # in Jefferson Co Circuit : is CV-2004-381-2

Cause: 28:1331 Fed. Question: Personal Injury


JAMES HOPE, On behalf of              Thomas P. Thrash
himself and all other                 (501) 374-1058
similarly situated                    [COR LD NTC]
     plaintiff                        Attorney at Law
                                      1101 Garland Street
                                      Little Rock, AR 72201-1214

                                      Charles F. Barrett
                                      [COR LD NTC]
                                      Barrett Law Office, P.A.
                                      3319 West End Avenue
                                      Suite 600
                                      Nashville, TN 37203
                                      (615) 386-8391

                                      Dewitt M. Lovelace
                                      [COR LD NTC]
                                      Lovelace Law Firm
                                      36474 Emerald Coast Parkway,
                                      Suite 4202
                                      Post Office Box 6205
                                      Destin, FL 32541
                                      (850) 837-6020

   v.


PFIZER INC                            Elizabeth Robben Murray
     defendant                        [COR LD NTC]
                                      Friday, Eldredge & Clark
                                      Regions Center
                                      400 West Capitol Avenue
                                      Suite 2000
                                      Little Rock, AR 72201-3493
                                      (501) 376-2011


Docket as of October 27, 2004 1:33 pm                      Page 1

```
Proceedings include all events.                                    REOPEN
5:04cv248 Hope, et al v. Pfizer Inc, et al
                                                                   REMAND JFF
PARKE-DAVIS, A division of         Elizabeth Robben Murray
Warner-Lambert Company             (See above)
      defendant                    [COR LD NTC]


WARNER-LAMBERT COMPANY             Elizabeth Robben Murray
      defendant                    (See above)
                                   [COR LD NTC]
```

Proceedings include all events.                                            REOPEN
5:04cv248 Hope, et al v. Pfizer Inc, et al
                                                                           REMAND JFF

| Date | # | Description |
|---|---|---|
| 7/1/04 | 1 | NOTICE of Petition for Removal from Jefferson Co Circuit Court Case Number: CV-2004-381-2 ($150.00 filing fee paid with receipt #11502 (bkj) |
| 7/1/04 | -- | COMPLAINT (bkj) |
| 7/16/04 | 2 | STIPULATION by parties (bm) [Entry date 07/19/04] |
| 7/16/04 | 3 | MOTION by plaintiff to remand to Circuit Court of Jefferson County, AR (bm) [Entry date 07/19/04] |
| 7/16/04 | 4 | MEMORANDUM by plaintiff in support of motion to remand [3-1] (bm) [Entry date 07/19/04] |
| 7/29/04 | 5 | MOTION by defendants to extend time to respond to motion to remand (bm) [Entry date 07/30/04] |
| 8/3/04 | 6 | ORDER by Judge William R. Wilson granting defts' motion to extend time until 5:00 8/5/04 to respond to motion to remand [5-1] [3-1] (cc: all counsel) (bm) |
| 8/16/04 | 7 | OPPOSITION RESPONSE and Memorandum In Support by defts to pltf's motion to remand [3-1] (vjt) [Entry date 08/19/04] |
| 8/19/04 | 8 | ORDER by Judge William R. Wilson granting motion to remand to Circuit Court of Jefferson County, AR [3-1] remanding case to state court (cc: all counsel) (jh) [Entry date 08/20/04] |
| 8/23/04 | 9 | MOTION by defts for stay pending transfer by the Judicial Panel on Multi-District Litigation (jh) |
| 8/23/04 | 10 | BRIEF by defts in support of motion for stay pending transfer by the Judicial Panel on Multi-District Litigation [9-1] (jh) |
| 8/25/04 | 11 | MOTION by defts Pfizer Inc and Warner-Lambert Co for reconsideration of Order of Remand (bm) [Entry date 08/26/04] [Edit date 08/26/04] |
| 8/26/04 | 12 | SUPPLEMENT TO MOTION by defendants for reconsideration (bkj) [Edit date 08/26/04] |
| 8/27/04 | 13 | ORDER by Judge William R. Wilson granting defts' motion for reconsideration of Order of Remand entered 8/20/04 [12-1]; [11-1]; case was remanded in error and the Clerk is directed to reopen this case and to recall or vacate the Remand Order of 8/20/04 [8-1] [8-2]; Case reopened (cc: all counsel) (bm) [Entry date 08/30/04] |
| 9/7/04 | 14 | OPPOSITION by plaintiff to motion for stay pending transfer by the Judicial Panel on Multi-District Litigation [9-1] (bkj) [Entry date 09/08/04] |

```
Proceedings include all events.                                          REOPEN
5:04cv248 Hope, et al v. Pfizer Inc, et al
                                                                     REMAND JFF
9/8/04     15      NOTICE OF SUPPLEMENTAL AUTHORITY filed by plaintiff (bkj)

9/22/04    16      MOTION by defendants for permission to file a reply to
                   oppositon to motion to stay (bkj)

9/28/04    17      ORDER by Judge William R. Wilson granting defts' motion for
                   permission to file a reply to opposition to motion to stay
                   [16-1]; defts' reply brief must be filed by 5:00 9/29/04
                   (cc: all counsel) (bm)

9/30/04    18      REPLY MEMORANDUM by defendants in support of motion for
                   stay pending transfer by the Judicial Panel on
                   Multi-District Litigation [9-1] (bm) [Entry date 10/01/04]
```