# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
## OFFICE OF THE CLERK
## 100 EAST 8TH STREET
## ROOM 3103
## PINE BLUFF, ARKANSAS 71601

**JAMES W. McCORMACK**　　　　　　　　　　　　　　　　　　　(870) 536-1190
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　FAX(870) 536-6330

November 3, 2004

U.S. District Court
Tony Anastas, Clerk
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

　　　　　In Re: *Hope vs Pfizer, Inc. et. al.*
　　　　　Case Number: USDC MA No: 01:04cv12272 PBS

Dear Mr. Anastas:

　　In response to the Transfer Order of October 26, 2004, concerning the above referenced matter, we are sending you the original file along with a certified copy of the docket entries in U.S.D.C., E.D. Arkansas Case No. 5:04-cv-248

　　If you have any questions or need additional information, please contact me at (870) 536-1190. Thank you.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　JAMES W. McCORMACK
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　BY: *Brenda K Johnson*
　　　　　　　　　　　　　　　　　　　Brenda K. Johnson, Deputy Clerk

/bkj
Enclosures